The Security Bank of New York v. Herman Finkelstein.— Motion granted.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harry B. Chalmers v. Franklin Murphy and Others.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Harry Etshells v. James F. Fargo, as Treasurer, etc.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

1510 Broadway Corporation v. George Rector, Incorporated.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Marek Simek, as Administrator, etc., v. Joseph F. Belle Isle.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Ida von Clausen v. John Hanley, Warden, etc.— Motion denied.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Katherine V. Hallahan v. Edward F. Hallahan.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henry E. Gropp v. Great Atlantic and Pacific Tea Company.— Motion granted on condition stated in order.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. William Cleary.— Motion granted and time extended to and including February 20, 1914.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Amelia Salomon v. Joseph Salomon.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Juliette Arden v. Frank Gallagher and Others, etc.— Motion denied.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bertha Bohling v. Prudential Insurance Company of America.— Motion granted to extent stated in order.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Stephen H. Olin and Others, as Executors, etc., v. Joseph P. Hennessy and Others, etc.— Motion granted.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Manhattan Railway Company.— Motion granted. Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York on Complaint of Carmine E. Pugliese, Respondent, v. Hagbard Ekerold, Appellant.— Motion granted; question certified.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.